1    UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3
     UNITED STATES OF AMERICA,      )  Case No. 22-cr-2701-BAS
4                                   )
                        Plaintiff,  )  Tuesday, July 30, 2024
5        vs.                        )
                                    )  Excerpt of Jury Trial
6    DONALD DANKS, JONATHAN DESTLER, )  *Voir Dire*
     and ROBERT LAZERUS,            )
7                                   )
                        Defendants. )
8    _____)

9

10

11              REPORTER'S TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE CYNTHIA A. BASHANT
12              UNITED STATES DISTRICT JUDGE

13                   PAGES 1 - 5

14

15

16               (APPEARANCES ON PAGE 2)

17

18

19

20

21   REPORTED BY:

22   ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
     U.S. OFFICIAL COURT REPORTER
23   U.S. District Court Clerk's Office
     333 West Broadway, Suite 420
24   San Diego, California  92101

25   Reported stenographically; transcribed with CAT software.

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:        UNITED STATES ATTORNEY'S OFFICE
                               880 Front Street, Suite 6293
 3                             San Diego, California  92101
                               By:  JANAKI G. CHOPRA, AUSA
 4                                  NICHOLAS W. PILCHAK, AUSA

 5   FOR DEFENDANT             LAW OFFICES OF PATRICK Q. HALL
     DONALD DANKS:             501 West Broadway, Suite 730
 6                             San Diego, California  92101
                               By:  PATRICK Q. HALL, ESQ.
 7
     FOR DEFENDANT             SNELL & WILMER
 8   JONATHAN DESTLER:         12230 El Camino Real, Suite 300
                               San Diego, California  92130
 9                             By:  ANDREW P. YOUNG, ESQ.

10                             MILLER BARONDESS, LLP
                               2121 Avenue of the Stars, Suite 2600
11                             Los Angeles, California  90067
                               By:  LOUIS "SKIP" MILLER, ESQ.
12
     FOR DEFENDANT             LAW OFFICE OF MARTHA M. HALL
13   ROBERT LAZERUS:           555 West Beech Street, Suite 508
                               San Diego, California  92101
14                             By:  MARTHA M. HALL, ESQ.

15                             LAW OFFICE OF ADAM F. DOYLE
                               444 West C Street, Suite 310
16                             San Diego, California  92101
                               By:  ADAM F. DOYLE, ESQ.

17

18

19

20

21

22

23

24

25
```

1    **_TUESDAY, JULY 30, 2024, 10:23 A.M._**

2    **\*\*\***

3    **_THE COURT:_**  This case does involve the FBI.  There may

4    also be mention of the SEC or FINRA, F-I-N-R-A.

5    Has anyone ever worked for any of these agencies or had

6    anyone close to them who worked for any of those agencies?  FBI,

7    SEC, or FINRA.  If so, raise your hand.

8    **_(No response.)_**

9    **_THE COURT:_**  I see no hands raised.

10   Has anyone ever had particularly positive or negative

11   experiences with any of these agencies or law enforcement in

12   general?  Anyone who says, you know, "I don't believe anything

13   that comes out of law enforcement's mouth," or, "They saved my

14   life, and I can't judge their credibility like I would anyone

15   else's credibility"?

16   Anyone think they would have difficulty doing that?  If

17   so, raise your hand.  I see no hands raised.  Oh, we have a

18   hand.

19   **_JUROR 36:_**  Hello.  I'm an engineer with the city.  So

20   because of my work, I work with police officers on many

21   projects.  I know they work hard.  They have a lot of procedures

22   to follow.  I tend to trust them more.

23   **_THE COURT:_**  Okay.  And this is Juror No. 36.

24   So it's very important -- are you saying that you don't

25   think that a law enforcement officer would ever not tell the

1  truth or make a mistake?

2  **JUROR 36:**  No.  I just heard the news, but most of the

3  time I trust them more than like other resource.

4  **THE COURT:**  Okay.  Thank you.  I appreciate that.

5  **JUROR 24:**  Hi there.

6  **THE COURT:**  Hello.

7  **JUROR 24:**  I kind of have a discrimination towards, you

8  know, the FBI and stuff just because of what I hear on the news.

9  **THE COURT:**  Okay.  And this is Juror No. 24.

10  So if an FBI agent testified, do you think you would

11  have difficulty assessing their credibility?  You think you

12  would think they weren't telling the truth just because of what

13  you hear on the news?

14  **JUROR:**  I really don't know.  I can't say at this

15  point.

16  **THE COURT:**  Okay.  Thank you.

17  **(End of requested portion.)**

18                              ***

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

1                    *REPORTER'S CERTIFICATE*

2          I, Anne Roldan, certify that I am a duly qualified
and acting Official Court Reporter for the United States
3   District Court, that the foregoing is a true and accurate
transcript of the proceedings as taken by me in the
4   above-entitled matter on July 30, 2024; and that the format
used complies with the rules and requirements of the United
5   States Judicial Conference.

6   Date:  August 26, 2024

7

8   *Anne Roldan, RMR, CRR, CSR 13095*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25