UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 22-cr-2701-BAS
                                 )
                    Plaintiff,   )   August 16, 2024
        vs.                      )
                                 )   Trial Testimony of
DONALD DANKS, JONATHAN DESTLER,  )   Roy Theuri, Vol. 2
and ROBERT LAZERUS,              )
                                 )
                    Defendants.  )
_____  )


REPORTER'S TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CYNTHIA A. BASHANT
UNITED STATES DISTRICT JUDGE

VOLUME 2, PAGES 10 - 17




(APPEARANCES ON NEXT PAGE)







REPORTED BY:

ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
U.S. OFFICIAL COURT REPORTER
U.S. District Court Clerk's Office
333 West Broadway, Suite 420
San Diego, California  92101

Reported stenographically; transcribed with CAT software.

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:        UNITED STATES ATTORNEY'S OFFICE
                                880 Front Street, Suite 6293
 3                             San Diego, California  92101
                                By:  JANAKI G. CHOPRA, AUSA
 4                                   NICHOLAS W. PILCHAK, AUSA

 5    FOR DEFENDANT            LAW OFFICES OF PATRICK Q. HALL
      DONALD DANKS:            501 West Broadway, Suite 730
 6                             San Diego, California  92101
                                By:  PATRICK Q. HALL, ESQ.
 7
      FOR DEFENDANT            SNELL & WILMER
 8    JONATHAN DESTLER:        12230 El Camino Real, Suite 300
                               San Diego, California  92130
 9                              By:  ANDREW P. YOUNG, ESQ.

10                             MILLER BARONDESS, LLP
                               2121 Avenue of the Stars, Suite 2600
11                             Los Angeles, California  90067
                                By:  LOUIS "SKIP" MILLER, ESQ.
12
      FOR DEFENDANT            LAW OFFICE OF MARTHA M. HALL
13    ROBERT LAZERUS:          555 West Beech Street, Suite 508
                               San Diego, California  92101
14                              By:  MARTHA M. HALL, ESQ.

15                             LAW OFFICE OF ADAM F. DOYLE
                               444 West C Street, Suite 310
16                             San Diego, California  92101
                                By:  ADAM F. DOYLE, ESQ.

17

18

19

20

21

22

23

24

25
```

1

**I N D E X**

2

**\* \* \***

3

<u>**E X A M I N A T I O N S**</u>

4

<u>WITNESS</u>                                                                 <u>VOL.</u>  <u>PAGE</u>  <u>LINE</u>

5

*FOR THE DEFENSE:*

6

ROY THEURI

7

    Direct by Ms. Hall ........................2    13      3
    Cross by Mr. Pilchak .....................2    16     14

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ROY THEURI - DIRECT EXAM (MS. HALL)

1      **_FRIDAY, AUGUST 16, 2024, 1:05 P.M._**

2                          **\*\*\***

3                  **_DIRECT EXAMINATION (RESUMED)_**

4   **_BY MS. HALL:_**

5   **_Q._**  Mr. Theuri, I'm going to take you back again to April 12th

6   of 2019.  You recall -- after having your memory refreshed, you

7   recall making a trade based on a call coming in from

8   Mr. Lazerus?

9   **_A._**  **That is correct.**

10  **_Q._**  Okay.  Can you describe for the jury what kind of a trade

11  you made, how many shares, and any special directions on the

12  trade?

13  **_A._**  **Yes.  The trade is what we call a non-algo trade.  It is a**

14  **special type of trade we use to source or provide liquidity.**

15  **The reason being Mr. Lazerus was selling a high quantity of**

16  **shares that would have otherwise affected the market, so we used**

17  **an algorithm.  Specifically, it's called a "VWAP."**

18            **_THE COURT:_**  Let me stop you there.  I'm not sure I'm

19  understanding you.  We don't have a good record at this point.

20            **_MS. HALL:_**  Right.

21            **_THE COURT:_**  So I need to see what he said.  So what

22  we -- you call it a what?

23            **_THE WITNESS:_**  V-W-A-P, Volume Weighted Average Price

24  trade.

25            **_THE COURT:_**  Okay.

**ROY THEURI - DIRECT EXAM (MS. HALL)**

1    *BY MS. HALL:*

2    *Q.*  Did you say that there was a particular algorithm that you

3    were using?

4    **A.  That is correct.**

5    *Q.*  And again, the acronym that you used for us, could you state

6    that again for me?  I'm sorry.

7    **A.  Yes.  It's called a VWAP.**

8    *Q.*  What exactly is a VWAP?

9    **A.  So a VWAP is a trade that is sent to a market-maker.  And**

10   **basically, what you're doing is you are disclosing your price**

11   **and not the size.  And what that does, again, it is liquidity;**

12   **or rather, it helps you either buy or sell your shares without**

13   **impacting the market.**

14   *Q.*  You said that you send the sell order, or you send the

15   shares to a market-maker.

16   **A.  That is correct.**

17   *Q.*  Is it the market-maker who makes the actual deal between the

18   buy order and the sell order?

19   **A.  That is correct.**

20   *Q.*  So you don't have the buyers and the sellers somehow coming

21   together themselves; right?

22   **A.  No.**

23   *Q.*  It's all done through this anonymous market-maker.

24   **A.  The market maker is not anonymous because of the type of the**

25   **trade.  In this case, we specifically sent it to Citadel because**

**ROY THEURI - DIRECT EXAM (MS. HALL)**

1    **they're better equipped for this type of trade.**

2       **But essentially, Citadel assumes the risk of the trade, and**

3    **they go ahead and find a way to offload the shares.  In this**

4    **case, since they are buying the shares, Mr. Lazerus is selling,**

5    **Citadel is buying the shares.  So it's up to them to find a**

6    **buyer for the shares to offload the risk.**

7    *Q.*  Now, did you sell -- you said that you put in an order that

8    day for 50,000 shares; is that right?

9    *A.*  **I believe it was about 3,500 shares, give or take.**

10    *Q.*  I'm sorry.  3,500 shares, give or take.

11    And was there a target price or a limit price on that?

12    *A.*  **Yes.  Mr. Lazerus was looking to achieve a certain amount**

13    **from the sale.  And so the order was also a limit order, where**

14    **he gets to specify his price at which he wants to sell the**

15    **shares in order to achieve the amount that he was looking for.**

16    *Q.*  Did he want to sell over two days?

17    *A.*  **Yes.  He placed two orders, one for that present day and**

18    **another order for the following trading day, which was on a**

19    **Monday.**

20    *Q.*  That would have been April 15th?

21    *A.*  **I believe so, yes.**

22    *Q.*  Tax day; right?

23    *A.*  **Yes.**

24    *Q.*  The only other question I had, I just wanted to make sure I

25    covered this, is during your conversations with Mr. Lazerus, did

ROY THEURI - CROSS-EXAM (MR. PILCHAK)

1    you notice that sometimes he would use the wrong terminology or

2    the incorrect terminology?

3    **A.   Yes, hundred percent.   He actually threw me off by what he**

4    **tell me to do.   The beginning of the call he wanted to --**

5          MR. PILCHAK:   Objection.   Hearsay.

6          THE COURT:   Sustained.

7          MS. HALL:   Thank you, Mr. Theuri.

8          THE COURT:   Anything further from any of the defense?

9          MR. YOUNG:   No.

10          MR. HALL:   No, your Honor.

11          THE COURT:   Any cross?

12          MR. PILCHAK:   Just very briefly.

13

14                     *CROSS-EXAMINATION*

15    BY MR. PILCHAK:

16    Q.   Good afternoon, sir.

17    **A.   Good afternoon.**

18    Q.   When you worked at TD Ameritrade, was it still

19    TD Ameritrade, or had it been purchased by Charles Schwab yet?

20    **A.   No, it was still TD Ameritrade.**

21    Q.   Okay.   So you don't know someone named Nate Crow?

22    **A.   No.**

23    Q.   Okay.

24          MR. PILCHAK:   I don't have any other questions,

25    your Honor.   Thank you.

1    **THE COURT:**  Thank you, sir.  You may be excused.

2    **(End of requested testimony.)**

3                              ***

4                    *REPORTER'S CERTIFICATE*

5         I, Anne Roldan, certify that I am a duly qualified
and acting Official Court Reporter for the United States

6    District Court, that the foregoing is a true and accurate
transcript of the proceedings as taken by me in the

7    above-entitled matter on August 16, 2024; and that the format
used complies with the rules and requirements of the United

8    States Judicial Conference.

9    Date:  October 3, 2024

10

_____

11   *Anne Roldan, RMR, CRR, CSR 13095*

12

13

14

15

16

17

18

19

20

21

22

23

24

25